Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| INJECTIDRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTIFIED MOLD FREE, CORP., <br><br> Defendant. | Civil Action No. CV05-1421RSM <br><br> NOTICE OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant Certified Mold Free, Corp., having not answered the complaint, Injectidry, Inc. hereby gives notice of dismissal of this action without prejudice.

DATED this 22nd day of September, 2006.

BLACK LOWE & GRAHAM$^{PLLC}$

s/ Douglas A. Grady
Lawrence D. Graham, WSBA No. 25,402
 email: graham@blacklaw.com
Douglas A. Grady, WSBA No. 36,100
 email: grady@blacklaw.com
701 Fifth Avenue, Suite 4800
Seattle, WA  98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff Injectidry, Inc.

NOTICE OF DISMISSAL - 1
Civil Action NO. C05-1421RSM
INJS-6-1003P02NTC_DISMISSAL

BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301